# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 21, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

139350 (68)

CONNIE COLAIANNI,
         Plaintiff-Appellant/
         Cross-Appellee,

v

STUART FRANKEL DEVELOPMENT
CORPORATION, INC., and K-F LAND
COMPANY, LLC IV,
         Defendants-Appellees/
         Cross-Appellants.

_____

SC: 139350
COA: 282587
Oakland CC: 2003-051245-NO


      On order of the Chief Justice, the motion by the Negligence Section of the State Bar of Michigan for leave to file a brief *amicus curiae* in this case is considered, and it is GRANTED.




I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 21, 2010

_____
Clerk